LAW OFFICES OF
# SEAN G. DEVERIN, ESQ.
160 WHITE ROAD, SUITE 204
LITTLE SILVER, NEW JERSEY 07739

BAR AFFILIATIONS:
NEW JERSEY
NEW YORK

TEL(732)219-1919
FAX(732)530-5147
EMAIL: SDEVERINLAW@OUTLOOK.COM

October 27, 2021

Honorable James B. Clark, U.S.D.J.
United State District Court
Martin Luther King Building
50 Walnut Street
Newark, New Jersey 07102

*The Court will conduct a telephone conference with the parties in this matter on February 7, 2022 at 11:00 AM. Counsel for plaintiff shall initiate the call.

RE: Boyd v. Knockout Construction, et al.
21-CV-15694 (JXN)(JBC)

Via Pacer- CM/ECF

Dear Judge Clark:

Please be advised that I represent the Plaintiffs, Barbara Boyd and Catherine Boyd, in the above referenced matter.

Defendant, Department of Housing and Urban Development (Ben Kuruvilla, Esq., AUSA) filed a Motion to Dismiss, submitted pursuant to Federal Rules of Civil Procedure ("FRCP"), Rule 12(b)(1) and (b)(6), dated October 8, 2021 ("Motion"), which has been heard by the court.

Upon my review of the motion and in light of the case law cited in Mr. Kuravilla's application, the decision was made not to oppose the application.

The basis for federal jurisdiction was the inclusion of HIUD as a Defendant. As a result of the motion being granted, there is no longer a reason to keep the matter in federal court, and it is appropriate the matter be remanded back to the Superior Court of New Jersey.

Consequently, it is respectfully requested the court issue an Order remanding the matter back to the New Jersey Superior Court, Hudson County, under docket number HUD- L-4121-20.

I wish to thank you in advance for your courtesies in this regard. If you have any questions, please feel free to contact me.

Very truly yours,

Sean G. Deverin

SO ORDERED
s/James B. Clark
James B. Clark, U.S.M.J.
Date: 1/26/2022